## VERDICT

I.

1. Did Christopher Howard at the time of his discharge from Providence Hospital have an emergency medical condition?

    _____ Yes

    \_\_✓\_\_ No

    If your answer is Yes, go to Question 2
    If your answer is No, your deliberations are finished

    FILED
    SEP 23 2011
    CLERK'S OFFICE
    U.S. DISTRICT COURT
    EASTERN MICHIGAN

2. Did Providence Hospital have knowledge that Howard suffered from an emergency medical condition before he was discharged from the hospital?

    _____ Yes

    _____ No

    If your answer is Yes, go to Question 3
    If your answer is No, your deliberations are finished

3. Did Providence Hospital discharge Howard before stabilizing his emergency medical condition?

    _____ Yes

    _____ No

    If your answer is Yes, go to Question 4
    If your answer is No, your deliberations are finished

4. Did the Estate of Marie Moses-Irons, and the next of kin of Marie Moses-Irons, consisting of Valerie Moses, Michael Moses, Gregory Irons, and Cebastian Adams, suffer damages as a direct result of Providence's failure to stabilize Howard's emergency medical condition?

   _____    Yes

   _____    No

   If your answer is Yes, go to Question 5
   If your answer is No, your deliberations are finished

5. What is the total amount of economic damages (funeral and burial expenses) suffered by the Marie Moses-Irons from the time of discharge until the time of her death?

   $_____

   Go to Question 6

6. What is the total amount of economic damages (loss of financial support and loss of services) suffered by Gregory Irons and Cebastian Adams?

   $_____

   Go to Question 7

7. What is the total amount of non-economic damages (pain and suffering) suffered by Marie Moses-Irons from the time of discharge until the time of her death?

   $_____

   Go to Question 8

8. What is the total amount of non-economic damages (loss of companionship, etc) suffered by the next of kin of Marie Moses-Irons?

   $_____

                                             s/Jury Foreperson
                              In compliance with the Privacy Policy adopted by the
                                Judicial Conference, the verdict form with the
                                original signature has been filed under seal.

Date:

## SPECIAL QUESTIONS

Answer All Questions

1. Before Howard was discharged, did Providence Hospital offer Howard further examination and treatment of his emergency medical condition?

   _____   Yes

   _____   No

2. Before Howard was discharged, did Providence Hospital inform Howard of the risks and benefits of further examination and treatment of his emergency medical condition?

   _____   Yes

   _____   No

3. Was Howard competent to understand the risks of declining further examination and treatment and the benefits of accepting the further examination and treatment?

   _____   Yes

   _____   No

4. Did Howard refuse to consent to Providence Hospital's offer of further examination and treatment of Howard's emergency medical condition?

   _____   Yes

   _____   No

   _____
   FOREPERSON

Date: